UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MATTICE/CARTER |
| | ) | |
| v. | ) | CASE NO. 4:15-CR-4 |
| | ) | |
| LEONEL GARCIA | ) | |

## **O R D E R**

On July 14, 2015, Magistrate Judge William B. Mitchell Carter filed a Report and Recommendation recommending (a) the Court accept Defendant's plea of guilty to Counts One and Two of the Indictment; (b) the Court adjudicate Defendant guilty of the charges set forth in Counts One and Two of the Indictment; and (c) Defendant shall remain in custody pending sentencing in this matter (Doc. 49). Neither party filed an objection within the given fourteen days. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Counts One and Two of the Indictment is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts One and Two of the Indictment; and

(3) Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on **Monday, November 30, 2015, at 2:00 pm.**

**SO ORDERED.**

**ENTER:**

                                                  */s/ Harry S. Mattice, Jr.*
                                                  HARRY S. MATTICE, JR.
                                                  UNITED STATES DISTRICT JUDGE